On petition for review filed August 11, 1997,* petition for review allowed; decision of the Court of Appeals vacated and case remanded to the Workers' Compensation Board for further proceedings February 8, 2001

In the Matter of the Compensation of
Rodney G. McAleny, Claimant.

Rodney G. McALENY,
*Petitioner on Review,*

*v.*

MAX J. KUNEY CO.,
and SAIF Corporation,
*Respondents on Review.*

(WCB 95-09821; CA A95113; SC S44443)

16 P3d 1154

No appearance *contra.*

Before Carson, Chief Justice, and Gillette, Durham, Leeson, and Riggs, Justices.**

MEMORANDUM OPINION

The petition for review is allowed. The decision of the Court of Appeals is vacated. The case is remanded to the Workers' Compensation Board for further proceedings in light of this court's decision in *Robinson v. Nabisco, Inc.*, 331 Or 178, 11 P3d 1286 (2000).

---

* Judicial Review from the Workers' Compensation Board, 149 Or App 212, 942 P2d 302 (1997).

** Van Hoomissen, J., retired December 31, 2000, and did not participate in the decision of this case. Kulongoski and De Muniz, JJ., did not participate in the consideration or decision of this case.